## Commonwealth *v.* McClintock, Appellant.

Submitted April 14, 1969.

*Fred E. Baxter, Jr.,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Charles B. Watkins,* Assistant District Attorney, and

*Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.